**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **KITSON B. JARVIS,** | |
| Plaintiff, | 1:14-cv-00010 |
| v. | |
| **JULIUS WILSON**, Director, B.O.C., **BASIL RICHARDS**, Warden, Golden Grove Adult Correctional Facility, | |
| Defendants. | |

**TO:**   Kitson B. Jarvis, *Pro Se*
  No. 13-3067
  CCA/Citrus County Detention Facility
  2604 West Woodland Ridge Drive
  Lecanto, FL  34461

**REPORT AND RECOMMENDATION**

THIS MATTER is before the Court upon *sua sponte* review.  By order of the Court, Order (ECF No. 3), entered August 26, 2014, Plaintiff's motion to proceed *in forma pauperis* was denied without prejudice and the Clerk of Court was directed to send a proper form to Plaintiff.  Order (ECF No. 3) at 1.

A review of the record discloses that a copy of that order and Form AO 240 was mailed to Plaintiff, but was returned, marked "Refused Unable to Forward."  *See* ECF No. 5. Moreover, to date, Plaintiff has not notified the Court of his current location and mailing address, nor has he submitted a proper motion to proceed *in forma pauperis* or the requisite filing fee.

*Jarvis v. Wilson*
1:14-cv-00010
Order
Page 2

Based upon the foregoing, the undersigned hereby **RECOMMENDS** that the Petition for a Writ of Habeas Corpus (ECF No. 1) in the above-captioned matter be **DISMISSED**.

Any objections to this Report and Recommendation must be filed in writing within fourteen (14) days of receipt of this notice. Failure to file objections within the specified time shall bar the aggrieved party from attacking such Report and Recommendation before the assigned District Court Judge. 28 U.S.C. § 636(b)(1); LRCi 72.3.

ENTER:

Dated: February 28, 2017

/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
MAGISTRATE JUDGE