**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| KITSON B. JARVIS )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JULIUS WILSON, Director of BOC, and )<br>BASIL RICHARDS, Warden, Golden Grove )<br>Adult Correctional Facility, )<br>)<br>Defendants. )<br>) | Civil Action No. 2014-0010 |

**Appearances:**
**Kitson B. Jarvis,** *Pro Se*
Lecanto, FL

## ORDER

**UPON CONSIDERATION** of Magistrate Judge George W. Cannon, Jr.'s Report and Recommendation ("R&R") (Dkt. No. 6) recommending that Petitioner Kitson B. Jarvis' ("Jarvis") Petition for Writ of Habeas Corpus (Dkt. No. 1) be dismissed, and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Magistrate Judge Cannon's R&R (Dkt. No. 6) is **ACCEPTED**, as modified as stated in the Memorandum Opinion accompanying this Order; and it is further

**ORDERED** that Jarvis' Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DISMISSED WITH PREJUDICE** for failure to prosecute; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

**SO ORDERED**.

Date: October 9, 2018

_____/s/_____
WILMA A. LEWIS
Chief Judge